IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TODD EDWIN PATTON                                                              PLAINTIFF

v.              Civil No. 2:15-CV-02253-PKH-MEF

DEPUTY FRAZIER and NURSE RHONDA                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 7th day of November, 2016.

*/s/ P. K. Holmes,* III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE